# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

PAUL MURPHY,

    Plaintiff,

v.

                      Case No.  14-cv-685

GAIL FAUST, SUE KLEMANN, AND DEBORAH RYCHLOWSKI,

    Defendants.

## PLAINTIFF'S NOTICE OF APPEAL FROM A JUDGMENT OF THE DISTRICT COURT

The Plaintiff, Paul Murphy, by his attorneys, the Jeff Scott Olson Law Firm, S.C., by Jeff Scott Olson, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered on February 25, 2016 (dkt. # 43), in favor of the Defendants.

    Dated this Thursday, March 24, 2016.

        Respectfully submitted,

        Paul Murphy,

        Plaintiff,

        By

        THE JEFF SCOTT OLSON LAW FIRM, S.C.

JEFF SCOTT OLSON
State Bar No. 1016284
131 W. Wilson St., Suite 1200
Madison, WI 53703
Phone: (608) 283-6001
Facsimile: (608) 283-0945
E-mail: jsolson@scofflaw.com

/s/ Jeff Scott Olson
_____
JEFF SCOTT OLSON

ATTORNEYS FOR PLAINTIFFS

### Certificate of Service

I hereby certify that on Thursday, March 24, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Chad R. Gendreau and Katherine D. Spitz, and I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants: none.

/s/Jeff Scott Olson
_____